# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER LITWIN,

    Petitioner,

vs.

D. W. NEVEN, et al.,

    Respondents.

Case No. 2:11-CV-01616-JCM-(RJJ)

**ORDER**

    Respondents having submitted a motion to enlarge time to respond (first request) (#5), and good cause appearing;

    IT IS THEREFORE ORDERED that respondents' motion to enlarge time to respond (first request) (#5) is **GRANTED**. Respondents shall have through January 11, 2012, to file and serve an answer or other response to the petition (#3).

    DATED: December 13, 2011.

                                                      _____
                                                      JAMES C. MAHAN
                                                      United States District Judge